# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**EMMA DENNIS-KNIERIEM,**
    **Plaintiff,**

    **v.**                                                                                                    C.A. No. 23-48 JJM

**BROWN UNIVERSITY,**
    **Defendant.**

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Brown University and against Plaintiff Emma Dennis-Knieriem pursuant to the Order entered on August 27th, 2025 by this Court.

                                                    Enter:

                                                    /s/ Ryan H. Jackson
                                                    Deputy Clerk

Dated: August 27, 2025